Argued and submitted November 14, conviction affirmed; remanded for resentencing
December 7, 1988

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD MORRIS,
aka "Woody" Raymond Morris,
*Appellant.*

(C86-09-34658, C86-09-34659;
CA A48498 (Control), A48499)
(Cases Consolidated)

764 P2d 982

Hari Nam S. Khalsa, Portland, argued the cause and filed the brief for appellant.

Darrell E. Bewley, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Graber and Riggs, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for second degree sodomy and two charges of second degree sexual abuse, assigning as error the denial of his right to allocution at sentencing. The state concedes that the court erred in denying defendant this right. *DeAngelo v. Scheidler,* 306 Or 91, 757 P2d 1355 (1988). In order that defendant may exercise his right to be heard before sentencing, we remand for resentencing.

We reject defendant's other assignments of error without discussion.

Conviction affirmed; remanded for resentencing.